WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-347 | MAGIS. NO: |
| V.<br><br>ADRIAN GARCIA-DIAZ | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Adrian Garcia-Diaz | |
| DOB: April 27, 1968    PDID: | | |
| WARRANT ISSUED ON THE    Indictment | DISTRICT OF ARREST | FILED<br>SEP 29 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States)

(Aggravated Identity Theft)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>18 U.S.C. § 1546(a)<br>18 U.S.C. § 1028A(a)(1) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED:<br>September 15, 2005 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/15/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9-15-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Sean McLeod  SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>9-29-05 | | |