IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 05-347 |
| v. | : | |
| ADRIAN GARCIA-DIAZ, | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. § 1546(a) |
| | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or |
| | : | Employment in the United States) |

**FILED**

DEC 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about July 8, 2005, defendant ADRIAN GARCIA-DIAZ committed the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546(a).

The defendant is a Mexican national who entered the United States illegally. The defendant subsequently came to Washington, D.C., where he became a member of an organization that conspired together to manufacture, possess and sell false alien registration cards, employment authorization cards and social security cards (collectively, "identity documents") in the 1600 through 1800 blocks of Columbia Road, N.W.

("Columbia Road"). Real identity documents are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

On July 8, 2005, the defendant was in the 1700 block of Columbia Road, kneeling down while looking at several illegal identity documents that he was holding in his hand. While the defendant looked at the documents, an officer with the Metropolitan Police Department was patroling the area on a bicycle. The officer rode up to the defendant, unnoticed, and saw him looking at objects the officer believed were illegal identity documents.

When the defendant looked up, the officer grabbed the defendant in order to conduct an investigative stop. The investigation revealed that the defendant knowingly possessed three sets of illegal identity documents for three different individuals, that is, two fraudulent resident alien cards, three fraudulent social security cards, and two fraudulent employment authorization cards. The defendant knew that the documents had been manufactured illegally and that is was illegal for him to possess the documents for sale to the customers who had requested the documents.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney, #451058

By: _____
FREDERICK W. YETTE, # 385391
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

## Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

12/9/05
Date

Adrian Garcia-Diaz

## Defense Counsel's Acknowledgment

I am Adrian Garcia-Diaz's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

12/9/05
Date

Mitchell Baer, Esq.