UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : CR. NO. 05-347 (ESH)

v. :

ADRIAN GARCIA-DIAZ : **FILED**

DEC 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's oral Motion to move Defendant from D.C. Jail to the Correctional Treatment Facility to receive proper medical treatment,

It is this  19  day of December, 2005,

ORDERED that Defendant's Motion is hereby granted and that D.C. Jail shall transfer Adrian Garcia-Diaz (D.C.D.C. #307-763) to the Correction Treatment Facility for incarceration pending the outcome of his criminal case.

Ellen Segal Huvelle
United States District Judge

cc: D.C. Jail Record Office
1901 D Street, S.E.
Washington, D.C. 20003

Correctional Treatment Facility/CCA
1901 E Street, S.E.
Washington, D.C. 2000

Mitchell S. Baer. Esq.

Assistant U.S. Attorney Frederick Yette

